Case 19-30132   Document 3   Filed in TXSB on 01/10/19   Page 1 of 2

United States Courts
Southern District of Texas
FILED

JAN 10 2019

David J. Bradley, Clerk of Court

Fill in this information to identify the case:

Debtor name: Natural Chem Holdings, LLC
United States Bankruptcy Court for the: Southern District of Texas (State)
Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *Insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | St. Paul Commodities c/o ClarkHillStasburger 2600 Dallas Pkwy., #600 Frisco, TX 75034 | Jennifer Justice, Esq. 469 287 3923 Jennifer.Justice@clarkhillstrasburger.com | commodity supplier | disputed | | | $100,000 |
| 2 | Agenda LLC c/o S. DuBose Esq. 1333 Old Spanish, #G364 Houston, TX 77054 | S.DuBose, Esq. 832-534-0356 sdubose@duboselawoffice.com | financial advisor | | | | $25,000 |
| 3 | IPFS c/o Freedman Price 1102 West Ave., #200 Austin, TX 78701 | Stephen E. Price, Esq. 512 687 0900 sprice@freedmanprice.com | insurance provider | disputed | | | $27,000 |
| 4 | Trinity Consultants 12445 55th St. N. Ste. A2 Lake Elmo, MN 55042 | Lisa Koehn 651-275-9900 lkoehn@trinityconsultants.com | environmental services | | | | $40,000 |
| 5 | Roosevelt County 212 W. First St. Portales, NM 88130 | Randy Knudson, Esq. 575-359-1289 lawyers@yucca.net | taxes | | $300,000 | $0 | $300,000 |
| 6 | NAES Corp. P.O. Box 94274 Seattle, WA 98124 | Steven DeGracia, Esq. 1-425-961-4700 Steven.DeGracia@naes.com | employee and maintenance provider | | | | $400,000 |
| 7 | Christianson & Associates 302 5th St. Willmar, MN 56201 | Fred Gould 320-441-5541 Fred@christiansoncpa.com | accounting services | disputed | | | $400,000 |
| 8 | Sue Koss c/o K. Marquard, Esq. 2322 E. Kimberly Rd.#100# Davenport, IA 52807 | Sue Koss 563-355-6060 kawm@emprights.com | employee | | | | $4,000 |

Official Form 204   Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims   page 1

Debtor _____   Case number (if known) _____
         Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Davis Brown<br>215 10th St., Suite 1300<br>Des Moines, IA 50309 | Stan Thompson, Esq.<br>515-288-2500<br>StanThompson@davisbrownlaw.com | legal services | | | | 35,000 |
| 10 | American Finasco, Inc.<br>8300 FM 1960 West, #450<br>Houston, TX 77070 | Napoleon Butic<br>832.225.2061<br>nbutic@americanfinasco.com | debt advisor | disputed | | | $30,000 |
| 11 | Xcel Energy<br>P.O. Box 8<br>Eau Claire, WI 54702 | Customer Service<br>800-481-4700<br>customerservice@xcelenergy.com | utility provider | | | | $25,000 |
| 12 | Merrick & Company<br>5970 Greenway Plaza<br>Greenwood Village, CO 80111 | Emily Blodel, Esq.<br>303-353-3649<br>Emily.Bloedel@merrick.com | engineering services. | | | | $6,700 |
| 13 | Carrier Rental Systems<br>35961 Eagle Way<br>Chicago, IL 60678 | Jennifer James<br>800 509-6060<br>jenniferjames@trustalstus.com | | | | | |
| 14 | Eco-Engineers<br>|300 E Locust St., #1300<br>Des Moines, IA 50309 | Shashi Menon<br>515.985.1260<br><smenon@ecoengineers.us | equipment repair | | | | $30,000 |
| 15 | ACT Fuels Inc.<br>437 Madison Ave.<br>Suite 193<br>New York, NY 10022 | Nicholas Panayotidis<br>212-803-1265<br>npanayotidis@actcommodities.com | commodity supplier | | | | $25,000 |
| 16 | Brownstein Farber<br>Suite 1700<br>201 Third St., NW<br>Albuquerque, NM 87102 | Hal Stratton, Esq.<br>505-724-9596<br>HStratton@bhfs.com | legal services | | | | $150,000 |
| 17 | Holland & Hart<br>555 17th St.<br>Denver, CO 80202 | Stephen D. Falcon<br>303-295-8027<br>SDFalcon@hollandhart.com | legal services | | | | $20,000 |
| 18 | Barton Solvents, Inc.<br>P.O. Box 970<br>Bettendorf, IA 52722 | Tyler Chase<br>563-355-0203<br>tylerc@barsol.com | chemical supplier | | | | $25,000 |
| 19 | Bluevine Capital<br>c/o B. Magill, Esq. | Brad Magill, Esq.<br>888-304-4347<br>www.tclginc.com | lender | | | | $50,000 |
| 20 | Carrier Rental Systems<br>35961 Eagle Way<br>Chicago, IL 60678 | Kevin Bertrand<br>800-586-8336 | equipment rental | | | | $60,000 |